# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD M. NEACE, et al. | ) | Case No. 4:22-cv-681 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge James E. Grimes, |
| | ) | Jr. |
| CORECIVIC, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

All counsel and/or parties will take notice that the Court has set this matter for a case management conference on November 29, 2022 at 4:00 p.m. before Judge J. Philip Calabrese in Chambers 16-B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio. After conferring, if all parties agree to conduct the case management conference virtually, they may file a motion no later than seven calendar days before the conference, and the Court will likely grant the motion.

Counsel of record who is familiar with the legal and factual issues in the case and who is prepared to bind a party shall attend this conference in person. Failure to attend may result in dismissal of the lawsuit, entry of default judgment, or other appropriate sanctions.

To encourage the participation of newer attorneys, in particular women and minorities, the Court specifically modifies the "lead counsel" requirement described

in Local Rule 16.3(b)(1). Any party not represented by counsel must appear for this conference. Clients need not attend, but may do so.

Any request to excuse in-person appearance or to reschedule this date or time shall be by motion filed no later than seven calendar days before the conference, absent extenuating circumstances. Any motion to reschedule the conference shall identify at least three dates when counsel for all participants for all parties are available within the same general timeframe.

**Planning Meeting**

The parties shall meet before the conference to discuss the case and prepare the proposed discovery plan pursuant to Rule 26(f) and Local Rule 16.3(b). A Report of the Parties (see form associated with this entry on the docket) shall be filed with the Court at least seven calendar days before the conference. It is the responsibility of counsel for Plaintiff(s) to initiate the planning meeting and to verify that counsel for Defendant(s) received a copy of this notice or, if no counsel has entered an appearance for Defendant(s), that Defendant(s) received a copy.

**Initial Disclosures**

The Court strongly prefers that the parties exchange initial disclosures at least seven (7) days *before* the Rule 26(f) conference to facilitate discussions at the conference. At the parties' request, the Court will continue the initial case management conference to allow the exchange of initial disclosures in advance of the Rule 26(f) conference.

**Discovery Disputes**

The Court expects parties to make all reasonable efforts to resolve discovery disputes among themselves, as Rule 37(a)(1) and the Court's Civil Standing Order require.  Generally, such efforts require conferring by telephone, not simply by email. Before filing any discovery motion (motion to compel, motion to quash, motion for protective order, etc.), the parties should advise the Court, which will handle the matter according to the procedure in Local Rule 37.1(a).  The Court orders that no party may file any discovery motion without first personally conferring and exhausting the procedures in Local Rule 37.1(a) and the Court's Civil Standing Order.

**Civil Standing Order**

The Court refers the parties to its Civil Standing Order, particularly with respect to the participation of younger lawyers.  The standing order is available on Judge Calabrese's page on the Northern District of Ohio's website and will be updated from time to time.  During the course of litigation, any questions or concerns regarding any aspect of this case should be directed to (216) 357-7265.

**SO ORDERED.**

Dated:  11/4/2022

_/s/ J. Philip Calabrese_
Judge J. Philip Calabrese
United States District Judge
Northern District of Ohio

3