In the United States District Court
For the Northern District of Ohio
Eastern Division

| | |
|---|---|
| Richard M. Neace, | Case No. 4: 22 cv 00681 JPC |
| Plaintiff | Judge J. Phillip Calabrese |
| v. | Plaintiff's Notice to Voluntarily Dismiss without Prejudice |
| CoreCivic, Inc., Et al., | Patricia Horner S. Ct. #0039912 412 14th Street Toledo, OH 43604 |
| Defendants. | (419) 699-6163 FAX (419) 244-1119 attorneypath@gmail.com Counsel for Plaintiff |

Now comes plaintiff through his Attorney pursuant to FRCP 41(A)( i) and submits his Notice of voluntarily dismissing all claims without prejudice as provided by FRCP 41(A)(i).

There is not a motion for summary judgment or to dismiss pending currently thus there would not be any prejudice to defendants.

Respectfully submitted,

*/s/ Patricia Horner*
Patricia Horner

Certificate of Service

This is to certify that a copy of this Notice was delivered via electronic mail to Tim Bojanowski through this Court's electronic mail delivery system and directly to him this 2nd day of April 2023.

*/s/ Pat Horner*
Pat Horner