# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICHARD M. NEACE,<br><br>                      Plaintiff,<br>v.<br><br>CORECIVIC, INC., et al.,<br><br>                      Defendants. | Civil Action No. 4:22-cv-00681-JPC<br><br>**DEFENDANT'S NOTICE OF STIPULATION OF DISMISSAL** |

Defendants stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as an Answer has previously been filed by Defendants.

DATED this 3rd day of April, 2023.

                                          By:*/s/* Timothy J. Bojanowski
                                              Timothy J. Bojanowski, Bar No. 0016162
                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                              3100 West Ray Road, Suite 300
                                              Chandler, AZ  85226
                                              Telephone:   (480) 420-1600
                                              Facsimile:    (480) 420-1693

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

  Patricia Horner
  412 14th Street
  Toledo, Ohio

  *Attorney for Plaintiff*

                 */s/* Timothy J. Bojanowski
                 Timothy J. Bojanowski